UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

IVON DARNELL

And

TAMMY DARNELL
   Plaintiffs

v.                        4:05 CV 0052

ALCO ELECTRONICS, LTD

And

K MART CORPORATION
   Defendants

## JOINT STIPULATION OF DISMISSAL

Come now the parties and pursuant to Rule 41(a)(1)(ii) of the *F.R.Civ.P* stipulate that this matter has been settled and compromised and that it be dismissed with prejudice to the rights of the parties.

Respectfully submitted

IVON DARNELL
TAMMY DARNELL
By Counsel

Counsel:

/s/ Robert L. Morrison, Jr., VSB # 14922
WILLIAMS, MORRISON, LIGHT & MOREAU
317 Patton Street
Danville, VA  24541

ALCO ELECTRONICS, LTD
And
K MART CORPORATION
By Counsel

Counsel:

<u>/s/Matthew D. Joss, Esq.</u> VSB#48434
LECLAIR RYAN
P.O. Box 2499
951 E. Byrd Street
Richmond, VA  23218-2499