**WILLIAMS, MORRISON, LIGHT & MOREAU**
Attorneys at Law
317 Patton Street
Danville, VA  24541

| | |
|---|---|
| Ronald W. Williams | Tel. 434 793 4912 |
| Robert L. Morrison, Jr. | Fax 434 792 6110 |
| Mark T. Williams | *wmlm@gamewood.com* |
| John P. Light | |
| Stacy D Allocca | |
| Charles A. Moreau (1962-2005) | |

October 20, 2006

Hon. Jackson L. Kiser, Judge
U.S. District Court, W.D.Va.
700 Main Street
Danville, VA  24543

Re: *Darnell v. Alco Electronics, et al.*
    4:05 CV 00052

Dear Judge Kiser:

This will confirm my conversation with the clerk on October 19, 2006. I have filed a fully endorsed Stipulation of Dismissal with the Court today. I have endorsed the stipulation for Mr. Joss, with his permission, so that the Court may proceed to enter an order and release the trial dates of November 6-7, 2006.

Yours truly

/s/ Robert L. Morrison, Jr.

Cc: Matthew Joss, Esq. by CM/ECF