CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 2 0 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | | |
|---|---|---|
| **IVON DARNELL, ET. AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:05CV00052 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **K-MART CORPORATION, ET. AL.,** | ) | By: Jackson L. Kiser |
| | ) | Senior U. S. District Judge |
| Defendants. | ) | |

This case is before the Court on the parties' Stipulation of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1).  Pursuant to the terms of the stipulation, it is **ORDERED** that this action is dismissed and the clerk is directed to close the case.

ENTER: October 20, 2006

Senior United States District Judge